UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

CARlos PeTerson **Plaintiff(s)**

vs.

several unknown police officers of The syracuse police dept **Defendant(s)**

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
NOV 20 2017
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse

Civil Case No.:

**BIVENS ACTION** 9:17-w-1275

Plaintiff(s) demand(s) a trial by: ☑ JURY  ☐ COURT   (Select **only** one).

Plaintiff(s) in the above-captioned action, allege(s) as follows:

## JURISDICTION

1. This is a civil action brought pursuant to *Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971). The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 2201.

## PARTIES

2. a. Plaintiff: CARlos PeTerson

   Address: Elmira Correctional Facility

   P.O Box 500

   Elmira NY 14902

Additional Plaintiffs may be added on a separate sheet of paper.

3. a. Defendant: UNKNOWN police officers

   Official Position: UNAWARE

   Address: The syracuse police department

   511. S. State ST. syracuse NY

   13202.

5. **CAUSES OF ACTION**

Note: You must clearly state each cause of action you assert in this lawsuit.

### FIRST CAUSE OF ACTION

Serious police Brutality Excessive force used Intensionally To cause harm

### SECOND CAUSE OF ACTION

### THIRD CAUSE OF ACTION

## Statement of Facts.

Let the Record Reflet I am a member of True Vine Baptist Church, Baptized and saved by the Holy Spirit at True Vine Baptist church 353. Rich ST. Syracuse NY.

1. On the day of May 4th 2008 several unknown Syracuse Police officers enterd True Vine Baptist church with drawn weapons automatic pistols pointed directley at me, at the time I stood at the alter giving prayer Relief, Absolutley know verbal commands were orderd, nor Right to Remain silent Miranda, order., as the group of police officers had gotten near the alter where I had been giving prayer Relief, the police officers Immediatley attacked me. with the Automatic Weapons. such. as the pistols, maglite weapons., Tazer gun Weapons, shock volts, peper spray mase, kicks, and punches, damaging my Intier body permantley, afterward of the police brutality Incident, I then was. taken to the onondaga County justice Center seriouslly damaged soaked in blood of my flesh Wounds, the Nurse at the onondaga

justice Center Examined. my body Wounds from the police brutality., She Then Immediatley orderd. The police officers, To Rush me To The ER at suny upstate hospital., She Inform The police officers do To The serious Injuries, The justice Center Were limited To provide such medical Equipment, for The Type of Injuries I Encounterd., I Recieved medical Treatment from several medical providers at The ER. at upstate hospital., My life has been permantley damaged mentally and physically as a Result of The serious police brutality Excessive force used Intensionally To Cause harm., while In The custody of state prison wrongfully Convicted. I've sufferd continually being physically damaged. by Correctional facility officers.

sign: Carlor Peterson
date 11-17-17

US Department of justice
United State Marshal Service

Plaintiff: Carlos Peterson

Defendant: unknown police officers
of the Syracuse police
dept.

Name of Individual: unknown police officers.
511. S State St. Syracuse NY. 13262.

Plaintiff Name and Address:
Carlos Peterson. Elmira Correction.
Facility p.o. Box 500, Elmira NY.
14902.

Special Instructions.: please served this
summon.

Signature. Self Representation
Carlos Peterson,   Plaintiff.

---

Court case numbers

Type of process
summon, complaint

Number of process
1

Number of parties
served in case.
Unaware.

==Space Below for use of Marshalls.==
↓

6. **PRAYER FOR RELIEF**

**WHEREFORE**, plaintiff(s) request(s) that this Court grant the following relief:

<u>Monetary Compensation Relief. In The Demand of 1.4. Billion dollars In damages.</u>

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 11-17-17

*Carlos Peters*

Signature of Plaintiff(s)
(all Plaintiffs must sign)